UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
Christopher Williams

WARRANT FOR ARREST

CASE NUMBER: 13-857

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Christopher Williams

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation notice  ☐ Probation violation petition

charging him or her with (brief description of offense)

From on or about March 10, 2013 to on or about April 11, 2013, in the District of New Jersey and the Eastern District of Pennsylvania, defendant Christopher Williams conspired with others to commit access device fraud and aggravated identity theft, and committed and aided and abetted access device fraud and aggravated identity theft, in violation of Title 18, United States Code, Sections 371, 1029(a)(3), 1028A and 2.

In violation of Title 18 United States Code, Section(s) 1344, 1029(a)(3), 1028A, 2

FILED
JUL 24 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Honorable ELIZABETH T. HEY
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

7/18/13
Date and Location

Philadelphia, PA

Bail fixed at $ _____ by _____
Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above-named defendant at
600 Arch St, Philadelphia PA

| DATE RECEIVED 7/18/13 | NAME AND TITLE OF ARRESTING OFFICER Nathan Martino Special Agent, United States Secret Service | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7/24/13 K/Newton Authorizing | | |