

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

K.T. Newton
*Direct Dial: (215)861-8329*
*Facsimile: (215)861- 8618*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

July 24, 2013

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Christopher Williams
                Magistrate No. 13-857

Dear Clerk:

      Please unimpound the Complaint and Warrant in regard to the above-captioned case. The Complaint and Warrant was filed on July 16, 2013.

      Very truly yours,

      ZANE DAVID MEMEGER
      United States Attorney

      */s/ K.T. Newton*
      K.T. NEWTON
      Assistant United States Attorney